# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



Form VA
For a Work of the Visual Arts

VA 1-341-954

EFFECTIVE DATE OF REGISTRATION

JUNE 9 2006

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1** Title of This Work ▼: Stockfood America
Nature of This Work ▼: database
Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial or collection give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2** NAME OF AUTHOR ▼
a. Peter Eising (co-author)
Dates of Birth and Death: Year Born ▼ Year Died ▼ NA

Was this contribution to the work a "work made for hire"? ☐ Yes ☒ No
Author's Nationality or Domicile: Citizen of U.S. / Domiciled in Maine
Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☒ No  Pseudonymous? ☐ Yes ☒ No

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2 Dimensional artwork  ☒ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

NOTE: Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

Name of Author ▼
b. Susie Eising (co-author)
Dates of Birth and Death: Year Born ▼ Year Died ▼ NA

Was this contribution to the work a "work made for hire"? ☐ Yes ☒ No
Author's Nationality or Domicile: Citizen of U.S. / Domiciled in Maine
Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☒ No  Pseudonymous? ☐ Yes ☒ No

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2 Dimensional artwork  ☒ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**3**
a. Year in Which Creation of This Work Was Completed: 1995
b. Date and Nation of First Publication of This Particular Work: Month 12 Day 15 Year 1995  Nation ___

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Stockfood America
169 Port Road Suite 11 Kennebunk ME 04043

APPLICATION RECEIVED JUN 09 2006
ONE DEPOSIT RECEIVED JUN 09 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
by contract

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions  Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY Vg

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is Yes why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☒ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is Yes give **Previous Registration Number** ▼         **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

new material

b. **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

compilation of photographs

**6**
a
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
**Name** ▼                                                                        **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Deborah Free
StockFood America
169 Port Road Suite 41 Kennebunk ME 04043

Area code and daytime telephone number  (585) 768 7880 - direct        Fax number  (585) 768 2941

Email  deborah.free@stockfood.com

**7**
a
b

**CERTIFICATION*** I the undersigned hereby certify that I am the
                              check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  StockFood America
Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Deborah A. Free                                                                    Date  6/8/06

Handwritten signature (X) ▼
X  Deborah A. Free

**8**

Certificate will be mailed in window envelope to this address

Name: StockFood America
Number: 169 Port Road, Suite 41
City: Kennebunk, ME 04043

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 o in any written statement filed in connection with the application shall be fined not more than $2 500

Rev August 2003—30 000   Web Rev June 2002   Printed on recycled paper                                            U S Government Printing Office 2003-496-805/60 029